IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LUCKY JANE, LLC,
a Wisconsin Limited Liability Co. d/b/a
LUCKY JANE MARKET,

      Plaintiff,

      v.                         Case No. 25-cv-573-amb

UNITED STATES OF AMERICA,

      Defendant.

---

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

---

The United States of America, by Chadwick M. Elgersma, Acting United States of Attorney for the Western District of Wisconsin, and Assistant United States Attorney Robert Y. Joynt, gives notice that Robert Y. Joynt appears as counsel for the United States in the above-mentioned case, in place of Barbara L. Oswald. Accordingly, Barbara L. Oswald should be removed from all future electronic case filing notices.

Dated: September 4, 2025.

Respectfully submitted,

CHADWICK M. ELGERSMA
Acting United States Attorney

By:

*/s/ Robert Y. Joynt*
ROBERT Y. JOYNT
Assistant United States Attorney
222 West Washington Avenue, Suite 700
Madison, Wisconsin 53703
(608) 250-5421
robert.joynt@usdoj.gov